PATRICK J. MULLIGAN
THE MULLIGAN LAW FIRM
4514 Cole Ave. STE 300
Dallas, TX 75205
Telephone: (214) 219-9779
Facsimile: (214) 520-8789
Email: office@mulliganlaw.com

Attorney for Plaintiff, Nathan Byrd

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. [06-07112 CRB]<br><br>MDL NO. 1699<br>District Judge:  Charles R. Breyer |
| Nathan Byrd,<br><br>                    Plaintiff,<br><br>             vs.<br><br>Pfizer Inc, et al.<br>                    Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Nathan Byrd, and Defendants, by and through the undersigned

attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1  DATED: 9/9 , 2009     THE MULLIGAN LAW FIRM

2
                        By:_____
3                           Patrick J. Mulligan
                           Attorney for Plaintiff, Nathan Byrd
4

5  DATED: Oct. 22 , 2009     DLA PIPER LLP (US)

6
                        By:___/s/_____
7                           Matt Holian
                           Attorneys for Defendants
8

9

10

11  **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

12

13  Dated: **OCT 2 8 2009**
                        _____
14                      Hon. Charles R. Breyer
                        United States District Court
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              -2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Error! Unknown document property name.